UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JEFFERY WHITNEY, )<br>)<br>     Petitioner, )<br>v. )<br>)<br>ALLAN FINNEY, Superintendent, )<br>)<br>     Respondent. ) | No. 1:06-cv-367-JDT-TAB |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**


Date: 08/09/2006

Laura Briggs, Clerk
United States District Court

John Daniel Tinder, Judge
United States District Court

By: Deputy Clerk

Distribution:

Jeffery Whitney
DOC #880842
Wabash Valley Correctional Facility
P.O. Box 1111
Carlisle, IN 47838-1111

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770